AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Steven Maurice Williams

**WARRANT FOR ARREST**

CASE NUMBER: 05-0640M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Steven Maurice Williams___
                                                            Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of PCP, a Schedule II narcotics drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __§841(a)(1)__

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

NOV 29 2005 District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/29/05 | Reporting Fitzgerald Derrick DUSM | Reporting [signature] |
| DATE OF ARREST 12/01/05 | | |