UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0 |
| **STEVEN MAURICE WILLIAMS,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Phencyclidine) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 3, 2005, within the District of Columbia, **STEVEN MAURICE WILLIAMS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as pcp, a Schedule II controlled substance.

(**Unlawful Distribution Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWO

On or about November 9, 2005, within the District of Columbia, **STEVEN MAURICE WILLIAMS**, did unlawfully, knowingly and intentionally distribute a mixture and substance

containing a detectable amount of phencyclidine, also known as pcp, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THREE

On or about November 18, 2005, within the District of Columbia, **STEVEN MAURICE WILLIAMS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.