UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Mag. No.: ~~05-640m~~  05-428 |
| STEVEN MAURICE WILLIAMS | : |
| Defendant. | : |

### GOVERNMENT'S FACTUAL PROFFER IN SUPPORT OF ITS DETENTION REQUEST PURSUANT TO 18 U.S.C. 3142(f)(1)(C)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following facts and information in support of its detention request[1] pursuant to 18 U.S.C. 3142(f)(1)(C). The government relies on the following information at a hearing on this motion:

I.    **Distribution Transaction #1 - November 3, 2005**

On November 3, 2005, at approximately 1237 hours, a Metropolitan Police Department ("MPD") undercover officer ("UC") met with a subject known to her as Steven Williams in the area of Neal and Orren Streets, NE, Washington, DC. Def. Williams and the undercover officer had previously made arrangements for the sell and purchase of an ounce of Phencyclidine ("PCP"). The undercover officer drove into the area, and Def. Williams got into the car. He instructed the officer to drive around the block. The officer did and returned to 1300 block of Orren Street, NE, Washington, DC. Def. Williams got out of the car and came back with one clear bottle containing a yellow liquid. The undercover officer gave him $600.00 in MPD pre-recorded funds in exchange for the clear bottle. The yellow liquid had a strong chemical odor consistent with the smell of PCP.

---

[1] At this time, an indictment has been filed which establishes probable cause as to the instant offenses.

After the transaction, the undercover officer spoke with Def. Williams about purchasing a half ounce bottle of PCP, and Def. Williams agreed to sell the PCP.

## II.     Distribution Transaction #2 - November 9, 2005

On November 9, 2005, at approximately 1440 hours, an UC went to the area of 1300 block of Orren Street, NE, Washington, DC to meet Defendant Steven Williams. Prior to arriving at this location, the UC had conversations with the defendant about purchasing illegal drugs from him. Once the UC arrived in the area, it observed Defendant Williams standing on the front porch of 1310 Orren Street, NE. After a brief verbal exchange, the defendant walked to the vehicle and sat in the front passenger seat. The defendant gave the undercover officer one clear bottle containing a yellow liquid in exchange for $600.00. The undercover officer wanted another bottle of PCP and asked the defendant for it. The defendant got out of the car and returned to the car with another clear bottle containing yellow liquid. The undercover officer paid the defendant $500.00 for the second clear bottle of yellow liquid. The liquid had a strong chemical odor consistent with PCP.

## III.    Distribution Transaction #3 - November 18, 2005

On November 18 2005, at approximately 1300 hours, an UC went to the area of 1300 block of Orren Street, NE, Washington, DC to meet Defendant Steven Williams. Prior to arriving at this location, the UC had a conversation with the defendant about purchasing illegal drugs from him. After arriving in the area, the defendant came out of 1310 Orren Street, NE, Washington, DC and got inside of the undercover officer's vehicle. At that time, the defendant gave the undercover officer a clear plastic ziplock bag with two clear bottles containing yellow liquid in exchange for $1,090 MPD pre-recorded funds. The defendant counted the money and told the undercover officer that it was short $110. The undercover officer gave one of the bottle back to the defendant, and he

took the bottle back inside the aforementioned location. When he returned, he gave the undercover officer another bottle which contained less yellow liquid. He told the undercover officer that it still owed him $10.00. The yellow liquid had a strong chemical odor consistent with PCP.

IV. **Identification**

All these transactions were conducted by the same undercover officer. The undercover officer previously identified Def. Williams from a book of more than thirty MPD photographs after having purchased PCP from him.

WHEREFORE, the government respectfully submits this factual proffer in support of its detention request.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Angela S. George
D.C. Bar No. 470567
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, DC 20530
(202) 353-3706

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2005, the within pleading was served by hand in open court on the attorney for the defendant:

Nikki Lotze

COUNSEL FOR STEVEN M. WILLIAMS
~~Tony Axam~~, Esquire
Federal Public Defender Service

_____
Angela S. George