IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No.: 05-428 (PLF)** |
| **V.** | : | |
| | : | |
| **STEVEN WILLIAMS** | : | |

## LINE ENTERING APPEARANCE

_____Please enter the appearance of attorney Nikki Lotze as private counsel for the Defendant in the above captioned case.

                                Respectfully submitted,

                                _____
                                Nikki Lotze
                                6801 Kenilworth Ave. #202
                                Riverdale, MD 20737
                                (301) 699-0764

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing line has been served by mail to USAO, 555 Fourth Street, NW, Washington, DC 20530 on this 6th day of December 2005.

                                _____
                                Nikki Lotze