IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :   Cr.No:05-428 (PLF) |
| STEVEN WILLIAMS | : |

### DEFENDANT'S BOND REVIEW MOTION

Steven Williams, through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. section 3142, to review his bond status in this case. In support of this motion counsel states the following:

1. Mr. Williams is before the Court charged with three counts of unlawful distribution of phencyclidine. The charges arise from alleged conduct during November 2005.

2. The instant offense does not involve any allegations of violence. Additionally, the defendant does not have any history of violent offenses in his past.

3. Prior to his incarceration, Mr. Williams was working as a cable installer in the Metropolitan Area. Upon his release, he can return to work.

4. Mr. Williams has substantial ties to the community. He has lived in the suburban Maryland / District of Columbia area his whole life.

5. Upon his release, Mr. Williams can reside with his mother and aunt at 6001 Auth Road in Suitland, MD.

6. Mr. Williams asks that the Court order him placed in the high intensity supervision program through the Pretrial Services Agency pending trial.

### CONCLUSION

Mr. Williams is not a risk of flight and poses no danger to the community.

Respectfully submitted,

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing bond review motion has been sent by mail and by fax, on this _____ day of December 2005, to: Angela George; Office of the United States Attorney; 555 Fourth Street, NW; Washington, D.C. 20530.

_____
Nikki Lotze