IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | :   Cr.No:05-428 (PLF) |
| **STEVEN WILLIAMS** | : |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this _____ day of _____ 2005, hereby

ORDERED that the motion is granted; and it is

FURTHER ORDERED that a hearing be scheduled on _____, 2005.

_____
JUDGE FRIEDMAN

cc:  Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

AUSA Angela George
Office of the United States Attorney
555 4th Street NW
Washington, D.C. 20530