UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

March 27, 2006

## MEMORANDUM TO THE HONORABLE PAUL L. FRIEDMAN
## UNITED STATES DISTRICT JUDGE

FILED
MAR 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   **WILLIAMS, Steven Maurice**
       **Docket No.: 1:05CR-00428-01**
       **Request for Extension and Delay of Sentencing**

On February 28, 2006, Steven Maurice Williams pled guilty to Unlawful Distribution of Phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). The case was referred to our office for a presentence investigation on February 28, 2006. Sentencing is scheduled for May 12, 2006.

The presentence report was scheduled for disclosure on April 7, 2006. Pursuant to LcrR 32.2, the final presentence report is due to the court on May 5, 2006.

Contact with the defendant, for the purpose of scheduling a presentence interview has not been possible due to the lack of accurate information for the defendant. As a result, this will prohibit me from disclosing the presentence report to the parties as scheduled. Therefore, I am requesting additional time to disclose the presentence report.

Assistant United States Attorney Steven B. Wasserman and Defense Counsel Nikki U. Lotze have been informed of this request and have no objections regarding an extension.

WILLIAMS, Steven Maurice                                                      Page 2
1:05CR-00428-001

Should the Court concur with this request, I ask that the sentencing be scheduled on or after July 12, 2006.

Respectfully submitted,

**UNITED STATES PROBATION OFFICE**

*[signature]*
Elizabeth Suarez
United States Probation Officer
(202) 565-1341

Enclosure(s)

Approved by: *[signature]* 3/27/06
Gennine Hagar, Deputy Chief
United States Probation Officer
(202) 565-1336

cc:   Steven B. Wasserman, AUSA
      Nikki U. Lotze, Defense Attorney


**ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING**

1. Extension for additional time to complete presentence report granted ✓

   New sentencing date: July 26, 2006 at 9:15 a.m.

2. Extension for additional time to complete presentence report denied _____

*[signature]*
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

3/30/06
DATE